UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-24318-CIV-MIDDLEBROOKS/WHITE
(07-20588-CR-MIDDLEBROOKS)

JAMES PARK,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Movant's *pro se* Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255 ("§ 2255 Motion") (CV-DE 1), attacking his conviction and sentence in Case No. 07-20588-CR-MIDDLEBROOKS.

Movant appears to assert five arguments: (1) the prosecution engaged in misconduct by altering a transcript of a recording and counsel was ineffective for failing to move for dismissal; (2) he was denied effective assistance of counsel, where his lawyer failed to timely file a motion for new trial based upon newly discovered evidence; (3) he was denied effective assistance of counsel where counsel conceded his participation in the conspiracy and that one or two kilograms of cocaine should be attributed to the movant; (4) the trial court abused its discretion in denying the motion for judgment of acquittal based on prosecutorial misconduct and lack of notice of 404(b) evidence; and (5) the trial court abused its discretion by allowing the jury to only review count II of the indictment during deliberations.

This matter was referred to the Honorable United States Magistrate Judge Patrick A. White, who issued a Report and Recommendation (CV-DE 22) ("Report") recommending that Movant's Motion to Vacate be denied for the several reasons set forth in his detailed and thorough Report. Judge White filed his Report on September 10, 2012, and, since that time, neither Party has filed an objection. I have

1

considered Judge White's Report, Movant's § 2255 Motion, the Government's Response to the Motion (CV-DE 13), and Movant's Reply (CV-DE 16), and am otherwise fully advised in the premises.

Having conducted an independent *de novo* review of the record in this case, I find that Judge White correctly determined that Movant's Motion to Vacate should be dismissed. Accordingly, for the reasons stated in the Report, and upon a careful, *de novo* review of the record, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (CV-DE 22) is **RATIFIED, ADOPTED, AND APPROVED** in its entirety.

It is further

**ORDERED AND ADJUDGED** that Movant's Motion to Vacate pursuant to 28 U.S.C. § 2255 (CV-DE 1) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 3 day of November, 2012.
Dec.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge White;
Counsel of Record;
James Park, *pro se*